IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 09-264 (SLR) (MPT) ) |
| C.R. BARD, INC. and DAVOL, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) ) |
| C.R. BARD, INC. and DAVOL, INC., | ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| TYCO HEALTHCARE GROUP LP, | ) ) |
| Counterclaim-Defendant. | ) |

**BARD'S MOTION FOR**
**SUMMARY JUDGMENT OF NONINFRINGEMENT**

Pursuant to FED. R. CIV. P. 56, Defendants/Counterclaim Plaintiffs C.R. Bard, Inc. and Davol, Inc. (collectively, "Bard") hereby move for summary judgment of noninfringement. The grounds for this motion are set forth in Bard's Opening Brief in Support of its Motion for Summary Judgment of Noninfringement, submitted herewith.

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Jack B. Blumenfeld*

                                        _____
                                        Jack B. Blumenfeld (#1014**)**
                                        Maryellen Noreika (#3208)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington , DE 19899
                                        (302**)** 658-9200
                                        jblumenfeld@mnat.com
                                        mnoreika@mnat.com

                                        *Attorneys for Defendants C.R. Bard, Inc.*
                                        *and Davol, Inc.*

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Timothy E. DeMasi
Corinne E. Atton
Erin Wiggins
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119


September 10, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard D. Kirk, Esquire
> Stephen B. Brauerman, Esquire
> BAYARD, P.A.

I further certify that I caused copies of the foregoing document to be served on September 10, 2010, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Fred H. Bartlit, Jr., Esquire<br>Sean C. Grimsley, Esquire<br>BARTLIT BECK HERMAN PALENCHAR<br>  & SCOTT LLP<br>1899 Wynkoop Street – 8th Floor<br>Denver, CO  80202 | *VIA ELECTRONIC MAIL* |
| Mark L. Levine, Esquire<br>BARTLIT BECK HERMAN PALENCHAR<br>  & SCOTT LLP<br>54 West Hubbard Street – Suite 300<br>Chicago, IL  60654 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)